IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL DE HERNANDEZ HERNANDEZ | : | |
| 9609 Montgomery Drive | : | |
| Bethesda, Maryland 20814 | : | Civil Action No. |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PANDA BEAR, LLC | : | |
| d/b/a HOT N JUICY CRAWFISH | : | |
| 2651 Connecticut Ave, NW | : | |
| Washington, D.C. 20008 | : | |
| | : | |
|     Serve:  Registered Agent: | : | |
|         Jecca Corporate Services, Inc. | : | |
|         1225 19th Street NW | : | |
|         #320 | : | |
|         Washington, D.C. 20035 | : | |
| | : | |
| HNJ FALLS CHURCH, LLC | : | |
| d/b/a HOT N JUICY CRAWFISH | : | |
| 4825 Magna Carta Boulevard | : | |
| Grand Praire, Texas 75052 | : | |
| | : | |
|     Serve: Registered Agent: | : | |
|         Incorporation Services, Inc. | : | |
|         7288 Hanover Green Drive | : | |
|         Mechanicsville, Virginia 23111 | : | |
| | : | |
| MANUEL SANTOS | : | |
| 2651 Connecticut Ave, NW | : | |
| Washington, D.C. 20008 | : | |
| | : | |
|     and | : | |
| | : | |
| RITA NGUYEN | : | |
| 2651 Connecticut Ave, NW | : | |
| Washington, D.C. 20008 | : | |
| | : | |
|     Defendants. | : | |

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

5448822_1

## COMPLAINT

Plaintiff, Manuel De Hernandez Hernandez ("Plaintiff"), by and through his attorneys, Eduardo S. Garcia and Stein Sperling Bennett De Jong Driscoll PC, hereby files his Complaint against Defendants, Panda Bear, LLC d/b/a Hot N Juicy Crawfish, HNJ Falls Church, LLC d/b/a Hot N Juicy Crawfish, Manuel Santos and Rita Nguyen (collectively "Defendants"), under the D.C. Wage Payment and Collection Law ("DCWPCL"), D.C. ST § 32-1301, *et seq.*, the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the D.C. Wage Revision Act ("DCMWRA"), D.C. ST §32-1003, *et seq.*, stating as follows:

### INTRODUCTION

Plaintiff worked for Defendants as a line cook. Plaintiff worked for Defendants in their District of Columbia and Virginia locations. Plaintiff was paid at the same weekly rate throughout his employment despite the number of hours worked. Plaintiff worked on average sixty hours per week and was not paid at the overtime rate of one and a half times his regular hourly rate as required by D.C. and federal law. Defendants have willfully violated the clear and well-established overtime provisions of the FLSA, the DCMWRA, and the DCWPCL. Plaintiff seeks compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

### JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

### PARTIES

3. Plaintiff is an adult resident of Maryland.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4. Defendant Panda Bear, LLC d/b/a Hot N Juicy Crawfish ("Panda Bear") is a District of Columbia corporation.

5. Defendant HNJ Falls Church, LLC d/b/a Hot N Juicy Crawfish ("HNJ Falls Church") is a Virginia corporation.

6. Panda Bear and HNJ Falls Church ("Hot N Juicy Crawfish") operate as a joint enterprise and were joint employers of Plaintiff.

7. Defendants Manuel Santos and Rita Nguyen (the "Individual Defendants") are the principals of Hot N Juicy Crawfish.

8. At all times material herein, Defendants, in the aggregate and as a single enterprise, had annual gross volume of sales made or business done in an amount exceeding $500,000.

9. Each Defendant is an "employer" within the meaning of the FLSA, the DCMWRA, and the DCWPCL.

10. Defendants have at least two or more employees who are engaged in commerce, handle, sell or otherwise work on goods or materials that have moved in or were produced for commerce. Defendants negotiate and purchase from producers and suppliers who operate in interstate commerce and serve customers in interstate commerce.

11. At all times relevant, Defendants constituted an "enterprise" within the meaning of 29 U.S.C. § 203(r).

12. The Individual Defendants controlled the day-to-day operations of Hot N Juicy Crawfish.

13. The Individual Defendants had the power to hire, fire, suspend, and discipline Plaintiff.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3

5448822_1

14. The Individual Defendants supervised Plaintiff directly or indirectly.

15. The Individual Defendants directly or indirectly set and controlled Plaintiff's work schedule or had the power to do so.

16. The Individual Defendants directly or indirectly set and determined the rate and method of Plaintiff's pay or had the power to do so.

17. The District Court of the District of Columbia has made clear that individual employers are liable regardless of corporate shields under FLSA and the DCWPCL if the employer met the economic reality test for "control." *Ventura v. Bebo Foods, Inc.*, 2738 F. Supp. 2d 1, 5 (DC 2010).

18. The economic reality test for "control" considers "whether the putative employer has the power to hire and fire, supervise and control work schedules or conditions of employment, determine rate and method of pay, and maintain employment records." *Id*.

19. The Individual Defendants would be considered employers for purposes of individual liability because of their intrinsic involvement in the business.

## FACTS

20. Plaintiff was employed by Defendants as a line cook from June 15, 2013 through May 15, 2016 (the "Employment Period").

21. Plaintiff received a weekly rate of $1,500.00, which translates to a regular hourly rate of $12.50.

22. During the statutory period, Plaintiff worked approximately sixty hours per week, and was not compensated at the required overtime rate of one and a half times his regular hourly rate for those hours worked over forty per week.

23. Plaintiff is owed approximately $8,637.17 in unpaid overtime wages.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

24. Plaintiff is owed wages that Defendants willfully failed and refused to pay to Plaintiff in violation of D.C. and federal law.

25. By statute, Defendants are required to maintain records which document the number of days Plaintiff worked. *See* 29 U.S.C. §211(c).

26. The precise number of hours worked, and wages owed, should be revealed through discovery.

27. Defendants knowingly and intentionally violated Plaintiff's rights under D.C. and federal law.

## COUNT I
### (Violation of the D.C. Wage Payment and Collection Law)

28. Plaintiff adopts herein by reference paragraphs 1 through 27 above as if fully set forth herein.

29. Defendants were required to pay to Plaintiff minimum overtime wages at the rate of one and a half times his regular hourly rate for all hours worked in excess of forty hours per week.

30. While employed by Defendants, Plaintiff worked overtime hours that were not properly compensated by Defendants as required by the DCWPCL.

31. Unpaid wages are due and owing to Plaintiff by Defendants.

32. Defendants' failure and refusal to comply with their obligations under the DCWPCL was not due to any bona fide dispute, and was therefore willful and not in good faith.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants, jointly and severally, in favor of Plaintiff in an amount to be determined at trial, but not less than $34,548.68, which is equal to the unpaid wages plus treble damages; and

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

to grant to Plaintiff his reasonable attorneys' fees and costs and such other and further relief as the Court deems just and proper

## COUNT II
### (FLSA)

33. Plaintiff adopts herein by reference paragraphs 1 through 27 above as if fully set forth herein.

34. Defendants were required to pay Plaintiff compensation at the rate of one and a half times his regular hourly rate for all hours worked in excess of forty hours per week. *See* 29 U.S.C. § 207(a)(2).

35. Throughout the Employment Period, Defendants failed to compensate Plaintiff at the rate of one and a half times his regular hourly rate for all hours worked in excess of forty hours per week.

36. Defendants' actions complained of herein constitute a willful violation of Section 207 of the FLSA.

37. Defendants' violation makes them liable to Plaintiff for all unpaid overtime compensation and an additional equal amount as liquidated damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, in his favor in an amount to be determined at trial, but not less than $17,274.34, which is two times the total overtime compensation owed, and to grant to Plaintiff his reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

## COUNT III
### (Violation of the D.C. Minimum Wage Revision Act)

38. Plaintiff adopts herein by reference paragraphs 1 through 27 above as if fully set forth herein.

39. Defendants were required to pay Plaintiff at least minimum wage and to pay one and a half times his regular hourly rate for hours in excess of forty hours per week. *See* D.C. ST §32-1012.

40. Throughout the Employment Period, Defendants failed properly to pay Plaintiff at least minimum wage and overtime as required by the DCMWRA.

41. Unpaid wages are due and owing to Plaintiff by Defendants.

42. Defendants' failure and refusal to comply with their obligations under the DCMWRA was willful and not in good faith.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, in favor of Plaintiff in an amount to be determined at trial, but not less than $17,274.34 and to grant to Plaintiff his reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     /s/ *Eduardo S. Garcia*
Eduardo S. Garcia (1028040)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8326 – fax
egarcia@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020