### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL DE HERNANDEZ HERNANDEZ | : | |
| Plaintiff, | : | Civil Action No. 1:17-cv-02082 (APM) |
| v. | : | |
| PANDA BEAR, LLC<br>d/b/a HOT N JUICY CRAWFISH, *et al.*, | : | |
| Defendants. | : | |

### **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby dismiss the above-captioned action, with prejudice.

                                          Respectfully submitted,

                                          STEIN SPERLING BENNETT
                                          DE JONG DRISCOLL PC

By:      /s/ *Eduardo S. Garcia*
             Eduardo S. Garcia (1028040)
             25 West Middle Lane
             Rockville, Maryland 20850
             (301) 340-2020
             (301) 354-8326 – fax
             egarcia@steinsperling.com

*Attorneys for Plaintiff*

                                               -and-

                THE VERITAS LAW FIRM

By:     /s/
       Scott H. Rome, Esq. [D.C. Bar No. 476677]
       Christopher L. LaFon, Esq. [D.C. Bar No. 483740]
       1225 19th Street, NW, Suite 320
       Washington, DC  20036
       (202) 686-7600

*Attorneys for Defendants*

6196463_1